FILED

02/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0330

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0330

STATE OF MONTANA,

   Plaintiff and Appellee,

v.

BRADLEY MEFFORD,

   Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 8, 2022, within which to prepare, serve, and file its response brief.

JMK

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 23 2022